The HOME INSURANCE COMPANY OF NEW YORK, Appellant,

v.

Albert O'NEAL and Albert O'Neal, Administrator, etc., Appellees.

Court of Appeals of Kentucky.

Dec. 3, 1954.

Rehearing Denied Feb. 18, 1955.

Malcolm Y. Marshall, T. M. Galphin, Jr., Ogden, Galphin & Abell, Louisville, W. D. Gilliam, Scottsville, for appellant.

Coleman, Harlin & Orendorf, Robert M. Coleman, Bowling Green, N. F. Harper, Scottsville, for appellees.

PER CURIAM.

We are affirming the judgment in this case for $1,200 for the loss of a house because we think there was sufficient evidence to submit the case to the jury on the question whether there was a "direct loss by windstorm," within the meaning of a provision in an insurance policy.

The motion for an appeal is overruled, and the judgment is affirmed.